UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EMPLOYEES PAINTERS' TRUST, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>TOC, INC., et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:14-cv-00276-JCM-PAL<br><br>ORDER<br><br>(Mtn to Amend – Dkt. #17) |

This matter is before the court on the Motion to Amend Answer of TOC, Inc., and Chase Investments Group, Inc. (Dkt. #17) filed September 26, 2014. The court has considered the Motion.

The Motion to Amend and the Answer (Dkt. #15) for Defendants TOC, Inc., Oakview DCK, LLC, and Chase Investment Group, Inc., were filed by individual Defendant Richard C. Bulkeley. Corporations cannot appear except through counsel. *See Rowland v. California Men's Colony,* 506 U.S. 194, 201-02 (1993); *United States v. High Broadcasting Co., Inc.,* 3 F.3d 1244, 1245 (9th Cir. 1993).

Accordingly,

**IT IS ORDERED:**

1. The Motion to Amend Answer (Dkt. #17) is DENIED.
2. Defendants TOC, Inc., Oakview DCK, LLC, and Chase Investment Group, Inc., shall retain counsel who shall file a notice of appearance in accordance with the Local Rules of Practice no later than **November 21, 2014.**

/ / /

/ / /

3. Failure to comply with this Order may result in a recommendation to the district judge for sanctions, including case-dispositive sanctions.

Dated this 21st day of October, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE