UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, et al., | Case No. 2:14-CV-276 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| TOC, INC., et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Employee Painters' Trust et al. v. TOC, Inc. et al.*, case number 2:14-cv-00276-JCM-PAL.

On December 9, 2016, plaintiffs filed a notice of voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 26).

Because there are no other matters to resolve, the court will order the clerk's office to close this case. *See, e.g.*, *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404 (9th Cir. 2010) (holding that district courts have inherent power to control their own dockets).

Accordingly,

IT IS HEREBY ORDERED that the case of *Employee Painters' Trust et al. v. TOC, Inc. et al.*, case number 2:14-cv-00276-JCM-PAL, be, and the same hereby is, CLOSED.

The clerk shall close the case accordingly.

DATED December 12, 2016.

UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**